IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| RODOLFO MEDINA | § § § | |
| V. | § | CIVIL ACTION NO. 5:17-CV-00162 |
| | § | |
| KILGORE & KILGORE TRANSPORT, LLC, ET AL | § § § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

TO THE HONORABLE JUDGE OF THIS UNITED STATES DISTRICT COURT:

COMES NOW **RODOLFO MEDINA** (hereinafter, "Plaintiff") and **KILGORE & KILGORE TRANSPORT, LLC AND LARRY LARUE** (hereinafter, "Defendants"), Plaintiff and Defendants, respectively, in the above-entitled and numbered cause, and file this their *Joint Stipulation of Dismissal with Prejudice*, and for same would show unto the Court as follows:

I.

1. Plaintiff and Defendants hereby jointly notify and stipulate to the Court that all matters in controversy between them have been fully and completely resolved and settled.

2. Plaintiff and Defendants further hereby jointly notify and stipulate to the Court that any and all claims and causes of action asserted, or which could have been asserted, by Plaintiff against Defendants in the above-entitled and numbered lawsuit are hereby dismissed with prejudice as to Plaintiff's right to reinstate or re-file against Defendants any of the aforementioned claims or causes of action, pursuant to Federal Rule of Civil Procedure 41(a).

3. Plaintiff and Defendants further hereby jointly notify and stipulate to the Court that each party will bear its own fees and costs of court.

Respectfully submitted,

*[signature: Shan Marie Egliskis]*

_____
SHAN M. EGLISKIS
Texas State Bar No. 24059712
LAW OFFICE OF MARK E. MACIAS
1100 NW Loop 410, Suite 370
San Antonio, Texas 78213
Telephone: 210-949-0166
Facsimile:  855-949-1338
**ATTORNEY FOR DEFENDANTS
KILGORE & KILGORE TRANSPORT, LLC &
LARRY LARUE**


/S/ KELLY FORESTER
_____
Kelly Forester
MATTHEWS & FORESTER
3027 Marina Bay Drive, Suite 320
League City, Texas 77573
281-535-3000
218-535-3010 Fax
Email:         kforester@matforlaw.com
**ATTORNEYS FOR PLAINTIFF, RODOLFO MEDINA**